IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO.1:10cv274

| | |
|---|---|
| CYNTHIA GOSNELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SSC BREVARD OPERATING CO., LLC, ) <br> D/B/A BRIAN CENTER HEALTH & ) <br> REHABILITATION, and HEALTHCARE ) <br> SERVICES GROUP, INC., ) <br> ) <br> Defendants. ) <br> ) <br> _____) | **JUDGMENT** |

For the reasons stated in the Order of Remand entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter is hereby **REMANDED** to the Henderson County Superior Court.

Signed: December 6, 2010

Martin Reidinger
United States District Judge